**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Jerone McDougald,

    Plaintiff/Appellant,

        v.                            Case No.  1:17cv124

Shannon Bear, *et al.*,                   Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on October 21, 2019 (Doc. 58).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 58) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 58) of the Magistrate Judge is hereby **ADOPTED.** Consistent with the recommendation by the Magistrate Judge, plaintiff/appellant's Motion to Proceed on Appeal in forma pauperis (Doc. 56) is **DENIED**.

**IT IS SO ORDERED.**

                         *s/Michael R. Barrett*
                         Michael R. Barrett, Judge
                         United States District Court